UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEVIN OTTE,                                             1:06-CV-00943-OWW-SMS-HC

      Petitioner,

      v.                                               ORDER GRANTING EXTENSION OF
                              TIME TO FILE TRAVERSE

KATHY MENDOZA-POWERS, Warden,                          (Doc. 7)
et al.,

      Respondents.
_____

      Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

§ 2254.  On December 16, 2006, petitioner filed a motion for an extension of time to file a traverse,

pursuant to the court's order of September 12, 2006.  Good cause having been presented to the court and

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Petitioner is granted until February 3, 2007 to file a traverse.

IT IS SO ORDERED.

**Dated:   January 25, 2007**                    _____/s/ Sandra M. Snyder_____
ah0l4d                                           UNITED STATES MAGISTRATE JUDGE