# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN OTTE, | CV F  06-00943 OWW SMS HC |
|       Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT RESPONSE TO PETITIONER'S MOTION |
|   v. | |
| KATHY MENDOZA-POWERS, | [Doc. 11] |
|       Respondent. | |

     Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Joseph Camarata, Esq.

     Pending before the Court is Petitioner's January 31, 2007, motion for discovery. Petitioner requests discovery of "[a]ll statistical documents, and/or all parole decision summary sheets, of all initial parole consideration hearings, conducted for all indeterminately-sentenced prisoners for the past five (5) years."  Motion, at 1.  Respondent has not filed a response to Petitioner's motion.

     Discovery is available at the Court's discretion and upon a showing of good cause. McDaniel v. United States Dist. Court (Jones), 127 F.3d 886, 888 (9th Cir. 1997); Jones v. Wood, 114 F.3d 1002, 1009 (9th Cir. 1997); Rule 6(a) of the Rules Governing Section 2254 Cases.  However, unlike other civil litigation, a habeas corpus petitioner is not entitled to broad discovery.  Bracy v. Gramley, 520 U.S. 899, 904 (1997); Harris v. Nelson, 394 U.S. 286, 295 (1969).

1    The Court finds that a response by Respondent is necessary to resolve the instant motion.[1]
2    Accordingly, within **twenty (20)** days from the date of service of this order, Respondent shall file
3    a response to Petitioner's motion.

5    IT IS SO ORDERED.

6    **Dated:    May 17, 2007**                             /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes for the record and takes judicial notice of case number 1:06-CV-00873 OWW NEW (DLB) HC, wherein the same motion for discovery was filed and granted based on Respondent's compliance with Petitioner's request. (06-CV-00873 OWW NEW (DLB) HC, Court Doc. 19.)  This Court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc., 971 F.2d 244 (9th Cir.1992); see also MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th cir. 1980). The Court presumes Respondent will respond likewise in the instant case.