# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN OTTE, | CV F  06-00943 OWW SMS HC |
|     Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT PETITION |
|     v. | [Doc. #15] |
| KATHY MENDOZA-POWERS, | ORDER STRIKING ADDITIONAL AUTHORITIES |
|     Respondent. | [Doc. #17] |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Joseph Camarata, Esq.

    Petitioner filed the instant petition for writ of habeas corpus on July 21, 2006, in the United States District Court for the Central District of California.  By order dated July 7, 2006, the case was transferred to the Eastern District and filed in this Court on July 21, 2006.  Respondent filed an answer to the petition on December 5, 2006, and Petitioner filed a traverse on January 31, 2007.  The case is ready for review on the merits.

    On July 28, 2007, Petitioner filed a motion to supplement his petition in response to discovery provided by Respondent.

    A petitioner may amend a petition for writ of habeas corpus once "as a matter of course," and without leave of Court, before a response has been filed under Federal Rule of Civil Procedure 15(a), as applied to habeas corpus actions pursuant to 28 U.S.C. § 2242 and Rule 11 of the Rules Governing Section 2254 Cases.  <u>Calderon v. United States District Court (Thomas)</u>,

144 F.3d 618, 620 (9th Cir. 1998); Bonn v. Calderon, 59 F.3d 815, 845 (9th Cir. 1995). Leave of Court is required for all other amendments. Rule Civ. P. 15(a). While the Court should freely give leave to amend if justice requires, the Court may deny leave to amend if the amendment would be futile or subject to dismissal. Bonn, 59 F.3d at 845; Saul v. United States, 928 F.2d 829, 843 (9th Cir. 1991).

Considering all factors, it appears that GOOD CAUSE exists for granting Petitioner's motion and permitting the amendment.

On July 19, 2007, Petitioner filed a pleading entitled "Petitioner's Notice of Additional Authorities in Support of Petition." Petitioner seeks to apprise the Court of additional case law that purport to have a bearing on the issues presented. This document must be disregarded because briefing has concluded in this matter. The Court is well aware of the developing case law and will conduct its own research with respect to Petitioner's claims. In addition, Petitioner did not seek leave of court to file this notice. Furthermore, none of the cases cited by Petitioner indicates a shift in the law which could invite further briefing. The cases cited are from other district courts and state appellate courts. As such, they are at best persuasive authority.

**ORDER**

Accordingly, it is HEREBY ORDERED that:

1. Petitioner's motion to supplement petition is GRANTED; and

2. Petitioner's Notice of Additional Authorities is STRICKEN.

IT IS SO ORDERED.

**Dated:   September 21, 2007**                    /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE