# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN OTTE, | CV F   06-00943 OWW SMS HC |
|        Petitioner, | ORDER REGARDING PETITIONER'S MOTION TO WITHDRAW |
|   v. | [Doc. #19] |
| KATHY MENDOZA-POWERS, | |
|        Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 29, 2007, Counsel for Petitioner, Joseph V. Camarata, Esq., filed a motion to withdraw as counsel, and a motion for substitution of Petitioner as pro se. Counsel states he recently became employed as a Deputy District Attorney for the County of Solano, California. As such, he now has a conflict of interest in representing Petitioner.

Before the Court can grant Counsel's motion, Counsel must provide an affidavit stating he has noticed Petitioner and stating the current or last known address of Petitioner. See Local Rule 83-182(d).

IT IS SO ORDERED.

Dated:   October 23, 2007                           /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE