UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN OTTE, ) | 1:06-cv-00943-OWW-SMS-HC |
| ) | |
| Petitioner, ) | **ORDER ADOPTING FINDINGS AND** |
| ) | **RECOMMENDATION** (Doc. 23) |
| v. ) | |
| ) | **ORDER DENYING PETITION FOR** |
| KATHY MENDOZA-POWERS, ) | **WRIT OF HABEAS CORPUS** |
| ) | |
| Respondent. ) | **ORDER DIRECTING CLERK TO ENTER** |
| ) | **JUDGMENT FOR RESPONDENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On February 7, 2008, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DENIED, and the Clerk of Court be directed to enter judgment in favor of Respondent. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On March 6, 2008, Petitioner filed objections to the Findings and Recommendation.

//

/

1  In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, including Petitioner's
4 objections, the Court concludes that the Magistrate Judge's
5 Findings and Recommendation are supported by the record and proper
6 analysis.  Petitioner's objections present no grounds for
7 questioning the Magistrate Judge's analysis.
8  Accordingly, IT IS HEREBY ORDERED that:
9  1.  The Findings and Recommendation, filed February 7, 2008,
10 are ADOPTED IN FULL;
11  2.  The instant Petition for Writ of Habeas Corpus is DENIED;
12 and,
13  3.  The Clerk of Court enter judgment in favor of Respondent.
14 IT IS SO ORDERED.

**Dated:   March 31, 2008**           /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

2